Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62269.**—Western Trading Co. *v.* United States, protest 319363–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62270.**—World Wide Services, Inc. *v.* United States, protest 320161–K (B) (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62271.**—C. A. Haynes & Co. *v.* United States, protest 320247–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, AUGUST 7, 1958

**No. 62272.**—Aluminum Import Corp. *v.* United States, protest 220483–K (Ogdensburg).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62273.**—Aluminum Import Corp. et al. *v.* United States, protests 253344–K, etc. (St. Albans).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiffs was sustained.

**No. 62274.**—Aluminum Import Corp. *v.* United States, protest 274675–K (St. Albans).